UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE COMMUNITY ACTION ORGANIZATION OF WESTERN NEW YORK, INC., *as CAO Plan Sponsor for the Pension Plan of the Community Action Organization of Erie County, Inc.*, and THE AUDIT, FINANCE, AND PENSION COMMITTEE OF THE COMMUNITY ACTION ORGANIZATION OF WESTERN NEW YORK, INC., *as CAO Plan Administrator for the Pension Plan of the Community Action Organization of Erie County, Inc.*,

                Plaintiffs,

v.

JOANN RUSS and *her successors, assigns, and heirs*, ACTUARIAL CONSULTING SERVICES, INC., THE BURKE GROUP OF ROCHESTER, INC., NYSARC, INC. ERIE COUNTY CHAPTER d/b/a THE ARC ERIE COUNTY NEW YORK, THE 403(B) THRIFT PLAN OF NYSARC, INC. ERIE COUNTY CHAPTER d/b/a THE ARC ERIE COUNTY NEW YORK, and MUTUAL OF AMERICA LIFE INSURANCE COMPANY,

                Defendants.

Civil No. 1:21-cv- 00490

---

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it hereby is stipulated and agreed, by and between the undersigned, the attorneys of record for all Parties in the above-entitled action, this action is dismissed, with prejudice and on the merits, without costs or fees to either Plaintiffs or Defendants or against the other.

Dated:   October 4, 2021

| | |
|---|---|
| **HODGSON RUSS LLP**<br>*Attorneys for Plaintiffs* | **RUPP, BAASE, PFALZGRAF, CUNNINGHAM LLC**<br>*Attorneys for Defendant, JoAnn Russ, and her successors, assigns and heirs* |
| By     /s/ James J. Zawodzinski, Jr.<br>            Adam W. Perry<br>            James J. Zawodzinski, Jr.<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, New York  14202-4040<br>Telephone:  (716) 856-4000<br>*aperry@hodgsonruss.com*<br>*jzawodzi@hodgsonruss.com* | By      /s/ Matthew D. Miller<br>            Matthew D. Miller<br>424 Main Street, Suite 1600<br>Buffalo, New York 14202<br>Telephone:  (716) 854-3400<br>*miller@ruppbasse.com* |
| **LIPPES MATHIAS WEXLER FRIEDMAN LLP**<br>*Attorneys for Defendant, Actuarial Consulting Services, Inc.* | **HARTER SECREST & EMERY LLP**<br>*Attorneys for Defendant, The Burke Group of Rochester, Inc.* |
| By     /s/ Thomas J. Gaffney<br>            Thomas J. Gaffney<br>50 Fountain Plaza, Suite 1700<br>Buffalo, New York 14202<br>Telephone:  (716) 853-5100<br>*tgaffney@lippes.com* | By     /s/ Jessica N. Clemente<br>            Jessica N. Clemente<br>1600 Bausch & Lomb Place<br>Rochester, New York 14604<br>Telephone:  (585) 232-6500<br>*jclemente@hselaw.com* |
| **ATTEA & ATTEA, P.C.**<br>*Attorneys for Defendants, NYSARC, Inc. Erie County Chapter d/b/a The Arc Erie County New York and The 403(b) Thrift Plan of NYSARC, Inc. Erie County Chapter d/b/a The Arc Erie County New York* | **EPSTEIN BECKER & GREEN, P.C.**<br>*Attorneys for Defendant, Mutual of America Life Insurance Company* |
| By       /s/ Ryan F. McCann<br>            Ryan F. McCann<br>11 Main Street<br>Hamburg, New York 14075<br>Telephone:  (716) 648-7000<br>*rmccann@attealaw.com* | By       /s/ Peter L. Altieri<br>            Peter L. Altieri<br>875 Third Avenue<br>New York, New York  10022<br>Telephone:  (212) 351-4500<br>*paltieri@ebglaw.com* |